Case 4:20-cv-02610   Document 30   Filed on 04/30/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 03, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREG MACINTOSH, TDCJ # 01837470, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:20-cv-2610 |
| WARDEN RICHARDSON, | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

The plaintiff, Greg MacIntosh, filed this civil-rights action under 42 U.S.C. § 1983 (Dkt. 1), seeking injunctive relief from conditions of his confinement in the Texas Department of Criminal Justice at the Estelle Unit in Huntsville. MacIntosh has now filed a motion for voluntary dismissal, acknowledging that he did not exhaust administrative remedies as required by 42 U.S.C. § 1997e(a) before filing suit (Dkt. 29).

It is **ORDERED** that the plaintiff's motion for voluntary dismissal (Dkt. 29) is **GRANTED** and that this case is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

The Clerk will provide a copy of this Order to the plaintiff.

SIGNED at Houston, Texas, on April 30, 2021.



_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE